UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH L. FINNELL, JR., | Case No. LA CV 17-05488-VBF-FFM |
| Petitioner, | ORDER |
| v. | Overruling the Petitioner's Objections, Adopting the R&R, Dismissing Habeas Petition With Prejudice |
| R.J. RACKLEY (Warden), | Directing Entry of Separate Judgment and Terminating the Case (JS-6) |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, including the petition for a writ of habeas corpus, CM/ECF Document ("Doc") 1; the Magistrate Judge's August 25, 2017 Order to Show Cause Why the Action Should Not Be Dismissed for Untimeliness (Doc 5) and petitioner's September 25, 2017 and September 10, 2018 responses thereto (Docs 6 and 13); the Final Report and Recommendation of the United States Magistrate Judge ("R&R") issued July 30, 2018 (Doc 9), and petitioner's timely August 20, 2018 objections to the R&R (Doc 11). Under Fed. R. Civ. P. 72(b), the time for the respondent warden to respond to the objections elapsed in September 2018, and the warden neither filed objections nor sought more time in which to do so. Finding no

defect of law, fact, or logic in the well-reasoned R&R, the Court will adopt the Magistrate Judge's findings and conclusions and implement his recommendations.

ORDER

Petitioner Finnell's objection **[Doc #11] is OVERRULED**.

The Report and Recommendation **[Doc #9] is ADOPTED**.

The petition for a writ of habeas corpus **[Doc #1] is DISMISSED with prejudice**.

Final judgment shall be entered as a separate document per Fed. R. Civ. P. 58(a).

The Court will rule on a certificate of appealability by separate order.

IT IS SO ORDERED.

Dated: January 2, 2019

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge