JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNETH L. FINNELL, JR, | ) | No. LA CV 17-05488-VBF-FFM |
| Petitioner, | ) | |
| | ) | FINAL JUDGMENT |
| v. | ) | |
| R.J. RACKLEY, | ) | |
| Respondent. | ) | |

Final judgment is hereby entered in favor of the respondent and against petitioner Kenneth L. Finnell, Junior.  IT IS SO ADJUDGED.

Dated:  January 2, 2019

_Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
Senior United States District Judge